THE GERMANIA LIFE INSURANCE COMPANY, Appellant, *v.* JOHN CASEY, Respondent, Impleaded with Others.

SAME *v.* SAME.

*Germania L. Ins. Co.* v. *Casey*, 98 App. Div. 88, affirmed; *Germania L. Ins. Co.* v. *Casey*, 98 App. Div. 619, affirmed.
(Argued February 13, 1906; decided February 27, 1906.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the

first judicial department, entered December 2, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Henry B. Pogson* for appellant.

*Benjamin N. Cardozo* and *Jacob Steinhardt* for respondent.

Judgment in each action affirmed, with costs, upon the ground that the second conclusion of law by the trial court is in part a finding of fact as to an agreement between the plaintiff and the owner of the property for an extension of the time for the payment of the principal sum secured by the mortgage; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, VANN and WILLARD BARTLETT, JJ. Dissenting: HAIGHT and CHASE, JJ. Absent: CULLEN, Ch. J.